**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6246**

———————————

UNITED STATES OF AMERICA,

                        Plaintiff - Appellee,

        versus

ROBERT ALLEN TAYLOR,

                        Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, Chief District Judge.
(CR-99-567-S, CA-01-4256-S)

———————————

Submitted:  May 30, 2002              Decided:  June 6, 2002

———————————

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Robert Allen Taylor, Appellant Pro Se.  Joseph Lee Evans, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Allen Taylor seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Taylor</u>, Nos. CR-99-567-S; CA-01-4256-S (D. Md. filed Jan. 3, 2002 & entered Jan. 4, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>